**Opinion filed August 1, 2013**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-13-00077-CV

_____

## IN THE INTEREST OF Z.M.B., A CHILD

**On Appeal from the County Court at Law**
**Brown County, Texas**
**Trial Court Cause No. DV1110259**

### M E M O R A N D U M   O P I N I O N

Angela Biessener, Appellant, has filed in this court a motion to dismiss her appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, Appellant "respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal." Therefore, in accordance with Appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

August 1, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.